## CRIMINAL CAUSE FOR SENTENCING

BEFORE: **WEINSTEIN** DATE: 12/6/11 TIME: 10:30 a.m.

DOCKET NUMBER: CR 11-507 DEFT. NUMBER: _____

DEFENDANT: Alex Humberto Pichardo
___ Present ___ Not Present ___ In Custody ___ On Bail

ATTORNEY FOR DEFT.: Jan Rostal
___ C.J.A. ___ Retained ___ Legal Aid/PD

ASST. U.S. ATTORNEY: Darren LaVerne

COURTROOM DEPUTY: JUNE P. LOWE  INTERPRETER: _____
Ext. 2525

COURT REPORTER/ESR OPERATOR: C. Heading

TAPE NUMBER: _____

SENTENCE: Evidentiary hearing held. Defendant is sentenced to 1 year and 1 day imprisonment, 3 yrs. supervised release, $5,000 fine.

DEFT. SENTENCED ON COUNTS: 1 of the indictment

OPEN COUNTS DISMISSED: ✓ On Govt.'s Motion, ___ On Ct.'s Mot.

FINE: _____ SPECIAL ASSESSMENT: $100

SPECIAL CONDITIONS OF SUPERVISION: _____

IS SENTENCE STAYED? ___ Yes ✓ No    STAYED UNTIL: _____

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]